474 A.2d 679

Commonwealth v. Wingate, Appellant.

608

Submitted October 24, 1983. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and HOFFMAN, JJ.
Affirmed.

BROSKY, J., filed a dissenting memorandum.